RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Alexander Alvarez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>ALEXANDER ALVAREZ,<br><br>                Defendant. | Case No. 2:19-cr-00309-APG-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin D. Schiff , Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Alexander Alvarez, that the Sentencing Hearing currently scheduled on June 10, 2020 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than two (2) weeks.

/ / /

/ / /

/ / /

The Stipulation is entered into for the following reasons:

1. Counsel need additional time to prepare for sentencing.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 9th day of June 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Kevin D. Schiff*<br>By_____<br>KEVIN D. SCHIFF<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDER ALVAREZ,<br><br>    Defendant. | Case No. 2:19-cr-00309-APG-BNW<br><br>**ORDER** |

   IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, June 10, 2020 at 10:00 a.m., be vacated and continued to July 8, 2020 at the hour of 2:00 p.m. in Courtroom 6C.

   DATED this June 9, 2020 day of June 2020.

_____
UNITED STATES DISTRICT JUDGE

3