RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Alexander Alvarez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00309-APG-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| ALEXANDER ALVAREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Alexander Alvarez, that the Sentencing Hearing currently scheduled on July 8, 2020 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

/ / /

/ / /

/ / /

The Stipulation is entered into for the following reasons:

1. Defense counsel anticipates receiving additional materials from the government that may be relevant to the upcoming sentencing hearing. As a result, defense counsel needs additional time to review those materials and discuss it with her client prior to the sentencing hearing.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 6th day of July 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Kevin D. Schiff*<br>By_____<br>KEVIN D. SCHIFF<br>Assistant United States Attorney |

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00309-APG-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| ALEXANDER ALVAREZ, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, July 8, 2020 at 2:00 p.m., be vacated and continued to September 2, 2020 at the hour of 11:30 a.m. in Courtroom 6C.

DATED this 6th day of July 2020.

_____
UNITED STATES DISTRICT JUDGE

3