RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Alexander Alvarez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00309-APG-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| ALEXANDER ALVAREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Alexander Alvarez, that the Sentencing Hearing currently scheduled on September 2, 2020 at 11:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for the sentencing hearing.
2. The defendant is incarcerated and does not object to the continuance.
3. The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 27th day of August 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Kevin D. Schiff*<br>By_____<br>KEVIN D. SCHIFF<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEXANDER ALVAREZ,<br><br>　　　　Defendant. | Case No. 2:19-cr-00309-APG-BNW<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, September 2, 2020 at 11:30 a.m., be vacated and continued to October 2, 2020 at the hour of 1:30 p.m. in LV courtroom 6C.

DATED this 27th day of August 2020.

_____
UNITED STATES DISTRICT JUDGE

3